**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-6905

JASON VANN,

                Plaintiff - Appellant,

        v.

BARBARA MEAD, Medical Staff Supervisor,

                Defendant - Appellee,

        and

RAPPAHANNOCK REGIONAL JAIL,

                Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:17-cv-00274-RAJ-RJK)

Submitted:  December 21, 2017                    Decided:  December 27, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jason Vann, Appellant Pro Se. Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Vann seeks to appeal the district court's order denying his motion for appointment of counsel. Barbara Mead has moved to dismiss the appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Vann seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Mead's motion to dismiss and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*